**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re:  SHULTZ, JOHN ROBERT               § Case No. 10-70933
        SHULTZ, SUZANNE ELIZABETH         §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $316,850.00 *(without deducting any secured claims)* | Assets Exempt: $75,600.00 |
| Total Distribution to Claimants: $3,992.08 | Claims Discharged Without Payment: $34,708.04 |
| Total Expenses of Administration: $4,589.61 | |

3) Total gross receipts of $   8,581.69   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $8,581.69 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $412,345.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,589.61 | 4,589.61 | 4,589.61 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 37,857.00 | 37,849.12 | 37,849.12 | 3,992.08 |
| **TOTAL DISBURSEMENTS** | $450,202.00 | $42,438.73 | $42,438.73 | $8,581.69 |

    4) This case was originally filed under Chapter 7 on February 27, 2010. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011  By: /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undisclosed Tax Refund | 1224-000 | 8,581.00 |
| Interest Income | 1270-000 | 0.69 |
| **TOTAL GROSS RECEIPTS** | | **$8,581.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Bankruptcy Department | 4110-000 | 118,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage Inc. Bankruptcy Department | 4110-000 | 294,345.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$412,345.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 11.94 | 11.94 | 11.94 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,969.50 | 2,969.50 | 2,969.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,608.17 | 1,608.17 | 1,608.17 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 4,589.61 | 4,589.61 | 4,589.61 |
|---|---|---|---|---|

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HSBC/Best Buy, Inc | 7200-000 | 2,132.00 | 2,131.80 | 2,131.80 | 224.85 |
| 2 | eCAST Settlement Corporation | 7200-000 | 5,170.00 | 5,389.04 | 5,389.04 | 568.40 |
| 3 | eCAST Settlement Corporation | 7200-000 | 29,704.00 | 30,328.28 | 30,328.28 | 3,198.83 |
| NOTFILED | 7 Mcydsnb | 7100-000 | 851.00 | N/A | N/A | 0.00 |
| NOTFILED | 8 TransUnion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 7100-000 | unknown | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 37,857.00 | 37,849.12 | 37,849.12 | 3,992.08 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70933  
**Case Name:** SHULTZ, JOHN ROBERT  
SHULTZ, SUZANNE ELIZABETH  
**Period Ending:** 05/11/11

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/27/10 (f)  
**§341(a) Meeting Date:** 04/08/10  
**Claims Bar Date:** 08/17/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  60010 (Debtor's Residence)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 268,000.00 | 0.00 | DA | 0.00 | FA |
| 2  checking account with American Charter Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 3  Household goods; TV, DVD player, TV stand, stere<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 500.00 | DA | 0.00 | FA |
| 4  Books, Compact Discs, Tapes/Records, Family Pict<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5  Necessary wearing apparel.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6  Earrings, watch, costume jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7  Term Life Insurance - No Cash Surrender Value.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8  Pension w/ Employer/Former Employer - 100% Exemp<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 9  Pension w/ Employer/Former Employer - 100% Exemp<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 10  2003 Chevrolet Trailblazer with 100,000 miles.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,700.00 | 400.00 | DA | 0.00 | FA |
| 11  2006 Honda Odyssey with over 65,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 9,350.00 | 750.00 | DA | 0.00 | FA |
| 12  Family Pets/Animals. | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70933  
**Case Name:** SHULTZ, JOHN ROBERT  
　　　　　　　SHULTZ, SUZANNE ELIZABETH  
**Period Ending:** 05/11/11  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/27/10 (f)  
**§341(a) Meeting Date:** 04/08/10  
**Claims Bar Date:** 08/17/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Undisclosed Tax Refund (u) | Unknown | 8,580.45 | | 8,581.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.69 | FA |
| 14 | Assets　Totals (Excluding unknown values) | **$316,850.00** | **$10,230.45** | | **$8,581.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　FINAL REPORT FILED

**Initial Projected Date Of Final Report (TFR):**　　March 31, 2011　　　　**Current Projected Date Of Final Report (TFR):**　　January 25, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-70933 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | SHULTZ, JOHN ROBERT | | **Bank Name:** | The Bank of New York Mellon |
| | SHULTZ, SUZANNE ELIZABETH | | **Account:** | 9200-******27-65 - Money Market Account |
| **Taxpayer ID #:** | **-***8166 | | **Blanket Bond:** | $552,000.00   (per case limit) |
| **Period Ending:** | 05/11/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/10 | {13} | John Shultz | Partial Pymt on Undisclosed Tax Refund 2009 | 1224-000 | 2,500.00 | | 2,500.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.10 | | 2,500.10 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.15 | | 2,500.25 |
| 08/23/10 | {13} | John Shultz | Pymt on Undisclosed Tax Refund | 1224-000 | 2,500.00 | | 5,000.25 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.17 | | 5,000.42 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,000.46 |
| 10/08/10 | {13} | John Shultz | Final Pymt on Undisclosed Taxes | 1224-000 | 3,581.00 | | 8,581.46 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 8,581.51 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,581.57 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 8,581.64 |
| 01/24/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.05 | | 8,581.69 |
| 01/24/11 | | To Account #9200******2766 | Transfer for final report | 9999-000 | | 8,581.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,581.69 | 8,581.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,581.69 | |
| | | | **Subtotal** | | 8,581.69 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,581.69** | **$0.00** | |

{} Asset reference(s)                                                                                       Printed: 05/11/2011 02:09 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-70933 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | SHULTZ, JOHN ROBERT | | Bank Name: | The Bank of New York Mellon |
| | SHULTZ, SUZANNE ELIZABETH | | Account: | 9200-******27-66 - Checking Account |
| Taxpayer ID #: | **-***8166 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/24/11 | | From Account #9200******2765 | Transfer for final report | 9999-000 | 8,581.69 | | 8,581.69 |
| 03/10/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,608.17, Trustee Compensation;  Reference: | 2100-000 | | 1,608.17 | 6,973.52 |
| 03/10/11 | 102 | HSBC/Best Buy, Inc | Distribution paid  10.54% on $2,131.80; Claim# 1; Filed: $2,131.80; Reference: 2510 | 7200-000 | | 224.85 | 6,748.67 |
| 03/10/11 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,981.44 | 3,767.23 |
| | | | Dividend paid 100.00% on $2,969.50;  Claim# ATTY; Filed: $2,969.50 | 2,969.50 | 3110-000 | | 3,767.23 |
| | | | Dividend paid 100.00% on $11.94;  Claim# EXP; Filed: $11.94 | 11.94 | 3120-000 | | 3,767.23 |
| 03/10/11 | 104 | eCAST Settlement Corporation | Combined Check for Claims#2,3 | | | 3,767.23 | 0.00 |
| | | | Dividend paid  10.54% on $5,389.04;  Claim# 2; Filed: $5,389.04; Reference: 3118 | 568.40 | 7200-000 | | 0.00 |
| | | | Dividend paid  10.54% on $30,328.28;  Claim# 3; Filed: $30,328.28; Reference: 6433 | 3,198.83 | 7200-000 | | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 8,581.69 | 8,581.69 | $0.00 |
| | Less: Bank Transfers | | 8,581.69 | 0.00 | |
| | **Subtotal** | | 0.00 | 8,581.69 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$8,581.69** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******27-65** | 8,581.69 | 0.00 | 0.00 |
| **Checking # 9200-******27-66** | 0.00 | 8,581.69 | 0.00 |
| | $8,581.69 | $8,581.69 | $0.00 |

{} Asset reference(s)

Printed: 05/11/2011 02:09 PM    V.12.56